**Order entered November 26, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00764-CR

### JONATHAN RADFORD, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-24153-Q**

## ORDER

By letter dated September 4, 2018, court reporter Kendra Thibodeaux notified the Court that no reporter's record was taken in this appeal. In light of this, we **ORDER** this appeal submitted without a reporter's record.

Appellant's brief is **DUE** on or before December 21, 2018.

/s/     LANA MYERS
        JUSTICE